No. 85–1142. MANUFACTURERS HANOVER TRUST CO., AS EXECUTOR OF THE ESTATE OF WALLACE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–1158. CRAWFORD ET AL. v. UNITED STEELWORKERS, AFL–CIO, ET AL. Sup. Ct. Va. Certiorari denied.

No. 85–1187. DISALVO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 85–1322. LIGHTMAN ET AL. v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 85–1323. KING v. UNIVERSITY OF MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–1325. GREEN v. OWENS-ILLINOIS CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–1326. ANDING v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 85–1327. HARDAWAY CONSTRUCTORS, INC. v. BROWNING. Ct. App. Ga. Certiorari denied.

No. 85–1332. CAVALIERI v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 85–1338. WYAND ET AL. v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 85–1340. MARCUM v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 85–1342. CHICAGO PARK DISTRICT ET AL. v. ALEXANDER ET AL.; and

No. 85–1356. ALEXANDER ET AL. v. CHICAGO PARK DISTRICT ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 773 F. 2d 850.